IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| TONY C. BROACH, #136351, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:06-cv-1111-MEF |
| ) | WO |
| STATE OF ALABAMA, *et al.,* ) | |
| ) | |
| Defendants. ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. #6) to the Recommendation of the Magistrate Judge (Doc. #5) filed on January 29, 2007 is overruled;

2. The Recommendation of the Magistrate Judge entered on January 18, 2007 is adopted;

3. This case is DISMISSED with prejudice prior to service of process pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i).

DONE this the 30th day of January, 2007.

        /s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE